# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY DWAYNE WATTS,<br><br>Defendant. | CR 18-82-BLG-SPW<br><br>**ORDER** |

Defendant has filed a motion to vacate his detention hearing. (Doc. 14.) Accordingly,

IT IS ORDERED that the Detention Hearing presently set for July 12, 2018, is hereby **VACATED**.

DATED this 12th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge